United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2978

_____

Vernon Ball,                            *
                                        *
            Appellant,                  *
                                        *   Appeal from the United States
      v.                                *   District Court for the
                                        *   Eastern District of Missouri.
Zales Corp.; Bailey, Banks & Biddle,    *
                                        *   **[UNPUBLISHED]**
            Appellees.                  *

_____

Submitted: March 19, 1998
Filed: April 2, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Vernon Ball appeals from the district court's[1] order dismissing his employment discrimination action with prejudice pursuant to Federal Rules of Civil Procedure 37(b) and 41(b). After careful review of the record and the parties' briefs, we deny Ball's motion for appointment of counsel, and we conclude that the district court did not abuse its discretion in dismissing the action for the reasons it stated. See First Gen. Resources Co. v. Elton Leather Corp., 958 F.2d 204, 206 (8th Cir. 1992) (per curiam) (Rule 41(b) standard of review); Avionic Co. v. General Dynamics Corp., 957 F.2d

----

[1]The HONORABLE E. RICHARD WEBBER, United States District Judge for the Eastern District of Missouri.

555, 558 (8th Cir. 1992) (Rule 37(b) standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.